THE STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
CHARLES DOLCE, DEFENDANT-RESPONDENT.

See same case below: 78 *N. J. Super.* 247.

*Mr. Guy W. Calissi* and *Mr. Anthony D. Andora* for the
petitioner.

April 1, 1963.   Granted.

CATHERINE SCHNEIDER *ET AL.*, PLAINTIFFS-RESPOND-
ENTS, v. BERNARD H. OSTER, FRANK BLAICHMAN AND
JACK POMERANC, PARTNERS T/A INDEPENDENT
REALTY CO., DEFENDANTS-PETITIONERS AND LAW-
RENCE T. HAVEY *ET AL.*; DEFENDANTS.

*Messrs. Slavitt and Slavitt* for the petitioners.

*Mr. Jacob Schneider* and *Mr. Herbert Koransky* for the
respondents.

April 1, 1963.   Denied.